IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KYLE BIXLER,<br><br>　　Plaintiff,<br><br>vs.<br><br>OSKALOOSA MUNICIPAL WATER DEPARTMENT and CITY OF OSKALOOSA,<br><br>　　Defendant. | Case No.  4:22-cv-00142-RGE-SHL<br><br>**JOINT STIPULATION<br>OF DISMISSAL<br>WITH PREJUDICE** |

　　COME NOW Plaintiff Kyle Bixler and Defendant, Oskaloosa Municipal Water Department, by and through their respective undersigned counsel, and stipulate and agree that Plaintiff's Complaint shall be dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

　　Dated:  2.6.2023

| | |
|---|---|
| _/s/ Kathryn Leidahl_<br>FIEDLER LAW FIRM, P.L.C.<br>Amy Beck AT0013022<br>amy@employmentlawiowa.com<br>Kathryn Leidahl AT0014930<br>kathryn@employmentlawiowa.com<br>8831 Windsor Parkway<br>Johnston, IA 50131<br>ATTORNEYS FOR PLAINTIFF | _/s/    Rene Lapierre_<br>Rene Lapierre<br>Zachary Clausen<br>KLASS LAW FIRM, L.L.P.<br>Mayfair Center, Upper Level<br>4280 Sergeant Road, Suite 290<br>lapierre@klasslaw.com<br>zclausen@klasslaw.com<br>WWW.KLASSLAW.COM<br>ATTORNEYS FOR OSKALOOSA MUNICIPAL WATER DEPARTMENT |

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing **Joint Stipulation of Dismissal with Prejudice** was served upon Defendant's counsel through the Court's CM/ECF filing system on January __, 2023.

_/s/ Robin Daisy-Jahn_