IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KYLE BIXLER,<br><br>         Plaintiff,<br><br>vs.<br><br>OSKALOOSA MUNICIPAL WATER DEPARTMENT and CITY OF OSKALOOSA,<br><br>         Defendant. | Case No.  4:22-cv-00142-RGE-SHL<br><br><br>**JOINT STIPULATION<br>OF DISMISSAL<br>WITH PREJUDICE** |

 COME NOW Plaintiff Kyle Bixler and Defendant, City of Oskaloosa, by and through their respective undersigned counsel, and stipulate and agree that Plaintiff's Complaint shall be dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

 Dated:  2/15/2023

    _/s/ Kathryn Leidahl_
FIEDLER LAW FIRM, P.L.C.
Amy Beck AT0013022
amy@employmentlawiowa.com
Kathryn Leidahl AT0014930
kathryn@employmentlawiowa.com
8831 Windsor Parkway
Johnston, IA 50131
ATTORNEYS FOR PLAINTIFF

_/s / Ben Roach_
Ben Roach
Nyemaster/Goode PC
700 Walnut St., Ste. 1600
bproach@yemaster.com
ATTORNEYS FOR CITY OF
OSKALOOSA

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing **Joint Stipulation of Dismissal with Prejudice** was served upon Defendant's counsel through the Court's CM/ECF filing system on February 15, 2021.

_/s/ Robin Daisy-Jahn_